IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Archie L

Printed: 2/6/07

Case Number: 05 B 32699
Judge: Hollis, Pamela S
Filed: 10/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: January 25, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 2. | Credigy Receiveables Inc | Unsecured | 5,407.10 | 0.00 |
| 3. | Monterey Financial Services | Unsecured | 913.72 | 0.00 |
| 4. | City Of Chicago | Unsecured | 4,550.00 | 0.00 |
| 5. | City Of Chicago | Unsecured | 1,025.00 | 0.00 |
| 6. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 7. | New Century Mortgage | Secured |  | No Claim Filed |
| 8. | Ford Motor Credit Corporation | Secured |  | No Claim Filed |
| 9. | Oak Park Investment | Secured |  | No Claim Filed |
| 10. | Ameritech | Unsecured |  | No Claim Filed |
| 11. | Aspire Visa | Unsecured |  | No Claim Filed |
| 12. | Aspire Visa | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | City Of Chicago | Unsecured |  | No Claim Filed |
| 17. | Sage Telecon | Unsecured |  | No Claim Filed |
| 18. | Chicago Municipal Ct Dist | Unsecured |  | No Claim Filed |
| 19. | Roseland Community Hospital | Unsecured |  | No Claim Filed |
| 20. | Village of Hazel Crest | Unsecured |  | No Claim Filed |
| 21. | SBC | Unsecured |  | No Claim Filed |
| 22. | Segal & Segal | Unsecured |  | No Claim Filed |
| 23. | Sprint PCS | Unsecured |  | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Thomas, Archie L | Case Number: 05 B 32699 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 2/6/07 | Filed: 10/3/06 |

| | | | |
|---|---|---|---|
| 26. Urban Oasis Property Developement | Unsecured | | No Claim Filed |
| 27. Village of Hazel Crest | Unsecured | | No Claim Filed |
| 28. Village of Hazel Crest | Unsecured | | No Claim Filed |
| 29. State Farm Insurance Co | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 11,895.82 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____